UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY LANGNESE,

    Petitioner,

    v.

BOARD OF PAROLE HEARINGS,
ARNOLD SCHWARZENEGGER,
Governor,

    Respondent.
_____/

No. C 10-5163 PJH

**JUDGMENT**

    The court having entered a ruling today denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: February 11, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge